IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBBIE HILLIS, individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX CONSUMER SERVICES, INC. and FAIR ISAAC CORPORATION,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 1:04-cv-3400-TCB |

### ORDER

Before the Court is Plaintiff's motion to reconsider the case reassignment of the undersigned to this case [233]. After careful consideration the motion is DENIED.

It is so ORDERED, this 5th day of April, 2006.

_____
Timothy C. Batten, Sr.
Judge, United States District Court