Case 1:04-cv-03400-TCB  Document 292  Filed 03/09/07  Page 1 of 1

RECEIVED IN CLERK'S OFFICE TCB
U.S.D.C. - Atlanta

MAR 0 9 2007

JAMES N. HATTEN, Clerk
By: Deputy Clerk

March 6, 2007

To: The Clerk of the United States District Court for the Northern District of Georgia
The Honorable Timothy C. Batten, Sr.

C. Neal Pope, POPE, MCGLAMRY, KILPATRICK, MORRISON & NORWOOD, The Pinnacle, Suite 925, 3455 Peachtree Road N.E., Atlanta, GA 30326-3243 (Class Counsel);

A. Stephens Clay, KILPATRICK STOCKTON LLP, 1100 Peachtree Street, Suite 2800, Atlanta, GA 30309 (counsel for Equifax);

Frederick Brown, GIBSON, DUNN & CRUTCHER LLP, One Montgomery Street, Suite 3100, San Francisco, CA 94104 (counsel for Fair Isaac),

RE: **UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA**
*Robbie Hillis v. Equifax Consumer Services, Inc. and Fair Isaac Corporation,*
Case No. 1:04-CV-3400
and
*Christy Slack v. Fair Isaac Corporation and MyFICO Consumer Services, Inc.,*
Case No. 1:07-CV-314

Dear Sirs,

I have been informed by e-mail received today that I may be eligible to receive a benefit from a class action settlement having purchased and paid for a credit score or credit monitoring from an Equifax website (Equifax.com November 19, 1999 and February 8, 2007. I wanted to **OBJECT TO THE SETTLEMENT** as a member of the Settlement Class and I request to be excluded with full understanding that I may object to the terms of the settlement, to Class Counsel's request for attorneys' fees and expenses, or to the Plaintiffs' Incentive Awards. If the Settlement is approved, I am aware that I will be barred from bringing my own lawsuit, and will be bound by the Final Judgment and release and all Orders entered by the Court. I am objecting to the settlement before the mandatory date of May 4, 2007. As required, I offer the following:

(a) Robert C. Rollings, 23 Bluff Drive, Savannah, GA  31406, 912-352-9310
(b) Equifax Credit Watch (TM) Gold since March 2004. Equifax Credit Watch(TM) Gold with 3-in-1 Monitoring and Credit Report Control as of February 2007.
(c) I do not agree with the premise of the suit as described in the filings. I completely disagree that there were misrepresentations and consider the arguments presented by the plaintiffs unreasonable. **I particularly resent being included in a this frivolous suit.** Having being required to go to the expense and time required to exclude myself from this action is a burden that biases most "potential plaintiffs" from excluding themselves when they have not been harmed. This may "inflate" the damages perceived by the plaintiffs inordinately and unjustly and is worthy of balanced consideration. Further, I consider it unreasonable that my name is automatically included in this lawsuit and would consider any benefits of it to be unwarranted, undeserved and unwanted.
(d) My objection is based on my mother and father's rearing me to earn what I keep but not to accept that which is not mine.
(e) I have listed no persons to be called to testify.
(f) I do not intend to appear at the Fairness Hearing and resent question (g) which suggests that I may be a "settlement objector." In fact, I will keep a copy of this letter so that I may generate a list of cases which I have involuntarily been made party to, and will present it as required if future objections.
(g) I do not have any other cases in which I have appeared either as settlement objectors or as counsel for objectors in the preceding five (5) years, and
(h) my signature,

Sincerely,

_Robert Rollings_  Robert C. Rollings