IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBBIE HILLIS, individually and on behalf of all persons similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX CONSUMER SERVICES, INC. and FAIR ISAAC CORPORATION,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:04-CV-3400-TCB |

AND

| | |
|---|---|
| CHRISTY SLACK, individually and on behalf of all persons similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>FAIR ISAAC CORPORATION and MYFICO CONSUMER SERVICES, INC.,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:07-CV-314-TCB |

## ORDER

Due to subsequent developments in this case, several motions pending before the Court are now rendered moot. Accordingly, the Court hereby DENIES these motions [330, 338, 341, 342, & 348].

IT IS SO ORDERED this 15th day of October, 2007.

_____
Timothy C. Batten, Sr.
United States District Judge